UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIZA FE GALANTO,  ) | |
| ) | |
| Plaintiff,  ) | Case No. 2:14-cv-00913-RCJ-NJK |
| ) | |
| vs.  ) | ORDER |
| ) | |
| HOME DEPOT U.S.A., INC., et al.  ) | |
| ) | |
| Defendant(s).  ) | |
| ) | |

This matter is before the Court on the parties' proposed Joint Discovery Plan and Scheduling Order. Docket No. 13. The proposed discovery plan misstates the requirements of Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 20 days before the discovery cut-off. *See id.*, at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least <u>21 days before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 20 days before the discovery cut-off would be untimely.

//
//
//
//
//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record[1] in this matter to file a certification with the Court no later than August 12, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

IT IS SO ORDERED.

DATED: August 5, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes Kevin M. Hanratty, Michelle M. Myers, and Lynn V. Rivera.

2